Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000470
07-JUL-2017
09:27 AM

NO. CAAP-17-0000470

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


AMY M. HOFFMAN, Plaintiff-Appellant,
v.
BEN K. AZMAN, M.D.; BEN K. AZMAN, M.C., INC.
Dba WEST MAUI HEALTHCARE CENTER; CHARLES A. SOMA, M.D.;
NORTH SHORE ORTHOPEDICS, INC., Defendants-Appellees
and
DOES 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0093(2))


ORDER GRANTING IN PART THE JUNE 30, 2017
STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Nakamura, Chief Judge, and Fujise and Chan, JJ.)

Upon consideration of the Stipulation and Order to Dismiss Appeal with Prejudice, filed June 30, 2017, by Plaintiff-Appellant Amy M. Hoffman, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal with prejudice, and to bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, July 7, 2017.


Chief Judge


Associate Judge


Associate Judge

2